Anthony S. Petru, Esq. (State Bar No. 91399)
Carole M. Bosch, Esq. (State Bar No. 239790)
HILDEBRAND, McLEOD & NELSON LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorney for Plaintiff
ARTHUR JACQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| ARTHUR JACQUEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>  Defendant. | CASE NO. 2:18-CV-02825-JAM-CKD<br><br>The Honorable John A. Mendez<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION AND ORDER STAYING THE CASE** |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Plaintiff ARTHUR JACQUEZ and Defendant UNION PACIFIC RAILROAD COMPANY ("Parties") entered into a confidential conditional settlement agreement, subject to Mr. Jacquez's progression though standard return-to-work processes applicable to all similarly situated employees returning to work following an extended leave of absence.

Pursuant to the terms of the Settlement Agreement, Plaintiff will request dismissal of this entire action upon satisfaction of the conditions set forth therein.

In light of this conditional settlement, the Parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties have agreed to settle the matter in accordance with the terms set forth in the Settlement Agreement, including standard return-to-work processes;

WHEREAS, the Parties anticipate they will know within ninety (90) days of the

filing of this notice and stipulation whether the conditions of the settlement agreement are satisfied;

WHEREAS, the parties stipulate respectfully that the Court stay this case with the understanding that Plaintiff will file a request for dismissal of the action following completion of the conditional terms of settlement; in the event that the settlement conditions are not completed within the time agreed by the Parties, Plaintiff will request a further case management conference to set new case management deadlines.

NOW THEREFORE, the Parties stipulate and respectfully request that the Court stay the case for ninety (90) days.

DATED: March 12, 2019      HILDEBRAND, McLEOD & NELSON LLP

By:   */s/  Carole M. Bosch*
   CAROLE M. BOSCH
   Attorneys for Plaintiff
   ARTHUR JACQUEZ

DATED: March 12, 2019      UNION PACIFIC RAILROAD COMPANY

By:   */s/  Ryan D. Wilkins*
   RYAN D. WILKINS
   Attorneys for Defendant
   UNION PACIFIC RAILROAD

## **DECLARATION**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 12, 2019      HILDEBRAND, McLEOD & NELSON LLP

By:   */s/  Carole M. Bosch*
   CAROLE M. BOSCH
   Attorneys for Plaintiff
   ARTHUR JACQUEZ

## ORDER

IT IS ORDERED THAT the case is stayed for ninety (90) days.

**IT IS SO ORDERED.**

Entered this 12th day of March 2019.

                                              /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT JUDGE

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732