Anthony S. Petru, Esq. (State Bar No. 91399)
Carole M. Bosch, Esq. (State Bar No. 239790)
HILDEBRAND, McLEOD & NELSON LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL: (510) 451-6732
FAX: (510) 465-7023

Attorney for Plaintiff
ARTHUR JACQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| ARTHUR JACQUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, a corporation, <br><br> Defendant. | CASE NO. 2:18-CV-02825-JAM-CKD <br><br> **STIPULATION OF DISMISSAL AND ORDER** <br><br> **[FRCP 41(A)]** <br><br> Judge: The Honorable John A. Mendez |

Plaintiff ARTHUR JACQUEZ and Defendant UNION PACIFIC RAILROAD COMPANY by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs.

DATED: May 15, 2019

                                        HILDEBRAND, McLEOD & NELSON LLP


                                        By: /s/ Carole M. Bosch
                                              ANTHONY S. PETRU
                                              CAROLE M. BOSCH
                                              Attorneys for Plaintiff
                                              ARTHUR JACQUEZ

DATED: May 15, 2019

FISHER & PHILLIPS, LLP

By: /s/ Danielle H. Moore
    DANIELLE HULTENIUS MOORE
    ADAM F. SOUSTCHER
    Attorneys for Defendant
    UNION PACIFIC RAILROAD

## **ORDER OF DISMISSAL**

PURSUANT TO the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii),

IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDUDICE as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs. The Clerk is directed to close this file.

Entered this 15th day of May, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation for Dismissal and Order
2:18-CV-02825